Ronald H. Bae (SBN 186826)
rbae@AequitasLawGroup.com
Olivia D. Scharrer (SBN 291470
oscharrer@AequitasLawGroup.com
AEQUITAS LAW GROUP
1156 E. Green Street, Suite 200
Pasadena, CA  91106
Telephone:  (213) 674-6080
Facsimile:  (213) 674-6081

Attorneys for Plaintiff NAMARAJ KHATRI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMARAJ KHATRI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case Number:   3:15-cv-00036-TEH**<br>[Assigned to the Honorable Thelton E. Henderson]<br><br>**MOTION FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR PLAINTIFF NAMARAJ KHATRI; [PROPOSED] ORDER**<br><br>[Filed concurrently with Declaration of Ronald H. Bae]<br><br>[Complaint filed:   November 26, 2014] |

**TO THIS HONORABLE COURT:**

Pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, Plaintiff NAMARAJ KHATRI ("Plaintiff") hereby moves the Court for an order permitting the withdrawal of his current counsel of record, Ronald H. Bae of Aequitas Law Group, and permitting the appearance of substitute counsel, Ronald H. Bae and Olivia D. Scharrer of Aequitas Legal Group, on his behalf in this action.  This requested substitution was necessitated by the impending dissolution of Aequitas Law Group due to partnership disputes.  Please note that the name of the new firm substituting in as counsel is similar (to retain the goodwill of the former firm's name) but different (contains the word "Legal" not "Law") and has been fully approved the State Bar of California as well as the California Secretary of State.

Plaintiff, current counsel of record, and proposed new counsel of record consent to such substitution of counsel, as reflected in the Consent Order Granting Substitution of Counsel filed concurrently herewith.  Declaration of Ronald H. Bae ("Bae Decl.") ¶ 4, **Ex. A**.

Accordingly, Plaintiff respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> Ronald H. Bae (SBN 186826)
> rbae@aequitaslegalgroup.com
> Olivia D. Scharrer (SBN 291470)
> oscharrer@aequitaslegalgroup.com
> AEQUITAS LEGAL GROUP
> A Professional Law Corporation
> 1156 E. Green Street, Suite 200
> Pasadena, CA  91106
> Telephone:  (213) 674-6080
> Facsimile:  (213) 674-6081

Counsel for Defendant INTERCONTINENTAL HOTELS GROUP RESOURCES, INC. was informed of the proposed substitution and indicated that they do not oppose this motion.

/ / /

/ / /

/ / /

This motion is not made for purposes of delay or any other improper purpose.

Date:   April 27, 2015                    AEQUITAS LAW GROUP

*/s/ Olivia D. Scharrer*
By: _____
    RONALD H. BAE
    OLIVIA D. SCHARRER
Attorneys for Plaintiff NAMARAJ KHATRI

# [PROPOSED] ORDER

Based on Plaintiff's Motion for Order Permitting Substitution of Attorney, the supporting declaration of Ronald H. Bae, and the Proposed Consent Order Granting Substitution of Attorney, signed by Plaintiff Namaraj Khatri, as well as by the predecessor and successor counsel, filed on April 27, 2015, the proposed substitution of attorney is hereby approved for Plaintiff Namaraj Khatri, as follows.

As of the date of this Order, counsel for Plaintiff Namaraj Khatri shall be:

>Ronald H. Bae (SBN 186826)
>rbae@aequitaslegalgroup.com
>Olivia D. Scharrer (SBN 291470)
>oscharrer@aequitaslegalgroup.com
>AEQUITAS LEGAL GROUP
>A Professional Law Corporation
>1156 E. Green Street, Suite 200
>Pasadena, CA  91106
>Telephone:  (213) 223-7144
>Facsimile:  (213) 223-7098

**IT IS SO ORDERED.**

Dated:  _____04/29_____, 2015



_____
JUDGE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT