1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMARAJ KHATRI, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | **Case Number:   3:15-cv-00036-TEH** <br> [Honorable Thelton E. Henderson] <br><br> **[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br><br> [Complaint filed:   November 26, 2014] |

-1-

**[PROPOSED] ORDER**

Good cause having been shown, based upon the parties' July 18, 2016 Joint Case Management Statement, this Court hereby orders as follows:

The Case Management Conference set for July 25, 2016 at 1:30 p.m. is continued to August 8, 2016 at 1:30 p.m. ~~or~~ _____, with a joint case management statement to be filed 7 days before this date.

**IT IS SO ORDERED.**

Dated: 7/20/2016

_____
JUDGE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT