UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMARAJ KHATRI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00036-TEH<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

　　　　The Court had a hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement came on for hearing before this Court on November 28, 2016 at 10:00 a.m., the Honorable Thelton Henderson presiding.  Having considered the motion and its supporting papers and for good cause shown, the Court has granted preliminary approval on November 28, 2016 (Dkt. 41) but hereby also signs this Proposed Order which sets forth more detailed terms of the proposed settlement and the implementation schedule for settlement administration.

**IT IS HEREBY ORDERED THAT:**

　　　　1.　　The Court grants preliminary approval of the proposed class action settlement based upon the terms set forth in the Joint Stipulation of Class Action Settlement ("Settlement Agreement") attached as **Exhibit A** to the Declaration of Ronald H. Bae in support of Plaintiff's Unopposed Motion for Preliminary Approval.

　　　　2.　　The Court adopts all defined terms as set forth in the Settlement Agreement and finds that the proposed settlement appears to be within the range of reasonableness necessary for preliminary approval by the Court, but final determination of whether the proposed settlement terms are fair, adequate and reasonable will be made at the final approval hearing.

3. With respect to the Class and for purposes of approving this settlement only, this Court preliminarily finds that: (a) the members of the Class are ascertainable and so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Class and there is a well-defined community of interest among the Class Members with respect to the subject matter of the litigation; (c) the claims of the Class Representative and the defenses thereto are typical of the claims of the Class Members and the defenses thereto; (d) the Class Representative will fairly and adequately protected the interests of the Class Members; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) counsel of record for the Class Representative is qualified to serve as counsel for Plaintiff in his individual and representative capacity and for the Class.

4. The Court therefore conditionally certifies a Settlement Class defined as follows:

> All non-exempt, hourly paid employees who worked for any of the Defendants InterContinental Hotels Group Resources, Inc., IHC of San Francisco, Inc., or IHG Management (Maryland) LLC at the InterContinental San Francisco, InterContinental Mark Hopkins, or InterContinental Los Angeles Century City hotels at any time between November 26, 2010 and the date of preliminary approval, and who were required to wear uniforms and undergo security bag checks.

5. The Court preliminarily approves Plaintiff Namaraj Khatri to serve as the Class Representative. The Court recognizes that the proposed settlement provides that Plaintiff may seek a Class Representative Enhancement Award of $10,000, which Defendant does not oppose. The Court preliminarily finds that some amount up to $10,000 may be fair and reasonable, but the finding as to the actual amount to be awarded will be determined at the final approval hearing.

6. The Court preliminarily approves Aequitas Legal Group, A Professional Law Corporation to serve as Class Counsel. The Court recognizes that as part of the proposed settlement, Defendant has agreed not to oppose Class Counsel's fee request of up to $273,000 (28% of the Total Settlement Amount) and costs not to exceed $20,000. The

Court preliminarily finds that some amount up to $273,000 in fees and some amount up to $20,000 in costs may be fair and reasonable, but the finding as to the actual amounts to be awarded will be determined at the final approval hearing.

7. The Court approves the format and content of the Notice of Class Action Settlement and Opt-Out Form (the "Notice Packet") attached as **Exhibits 1 and 2** to the Settlement Agreement, respectively. The Court finds that the dissemination of the Notice Packet in the manner set forth in the Settlement Agreement complies with the requirements of due process and appears to be the best notice practicable under the circumstances. The Notice Packet shall be sent in three languages: English, Spanish and Mandarin Chinese.

8. The Court appoints Simpluris, Inc. to serve as the Settlement Administrator and preliminarily approves that all settlement administration costs be paid from the Total Settlement Amount. The Court directs Simpluris, Inc. to disseminate the Notice Packet in the manner set forth in the Settlement Agreement.

9. The Court orders Defendant's counsel to serve the necessary CAFA notifications to the appropriate federal and/or state officials within 10 days of preliminary approval of the settlement.

10. The Court orders the following implementation schedule for further proceedings:

|    | | |
|----|---|---|
| a. | Deadline for Defendants to Submit Class List and Data to Settlement Administrator | **December 7, 2016**<br>Seven (7) court days after the Order Granting Preliminary Approval |
| b. | Deadline for Settlement Administrator to Mail the Notice Packet to Class Members | **December 21, 2016**<br>Ten (10) court days after Defendants provide the Settlement Administrator with the Class List and Data |
| c. | Deadline for Settlement Administrator to Mail Reminder Post-Cards to Class Members | **January 20, 2017**<br>Not more than thirty (30) calendar days (nor fewer than twenty-five (25) days) after mailing of Notice Packets to Class Members |

| | | |
|---|---|---|
| d. | Deadline for Class Members to Submit Opt-Out Forms or Objections to Settlement | **February 6, 2017**<br>Forty-five (45) calendar days after mailing of Notice Packets to Class Members |
| e. | Deadline for Class Counsel to file Motion for Award of Class Representative Enhancement Award, Claims Administrator's Expenses and Attorneys' Fees and Costs | **January 23, 2017**<br>14 days before the February 6, 2017 objection deadline |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Class Action Settlement | **February 20, 2017** |
| g. | Hearing on:<br><ul><li>Motion for Final Approval of Class Action Settlement;</li><li>Motion for Award of Class Representative Enhancement Award, Settlement Administrator's Expenses and Attorneys' Fees and Costs</li></ul> | **March 27, 2017** (Monday)<br>at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: 12/06/16

_____

THELTON E. HENDERSON
United States District Judge

4